So Ordered.

Dated: October 3, 2021



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the matter:

Gregory Lamarr Grose,

Debtor.

Case No. 21-23159-beh

Chapter 13 Bankruptcy

### ORDER DISMISSING CASE

The chapter 13 trustee filed a motion to dismiss on September 7, 2021. No objections were filed.

Based on the record,

IT IS ORDERED that this case is dismissed, effective immediately.

IT IS FURTHER ORDERED that the Trustee may pay up to $1,000, or the allowed amount of any pending or previously ordered fee application (less the pre-petition fees paid directly to the attorney as disclosed on Form B2030), from the funds on hand to the Debtor's attorney as an administrative claim before refunding any funds to the Debtor.

#####